UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE GUSTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>PHH MORTGAGE CORPORATION,<br><br>    Defendant. | Case No. 24-cv-02917-HSG<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 4 |

Defendant PHH Mortgage Corporation filed a motion to dismiss Plaintiff's complaint. *See* Dkt. No. 4. Plaintiff's deadline to respond was July 5, 2024. To date, Plaintiff has not opposed or otherwise responded to Defendant's motion. Accordingly, the Court DIRECTS Plaintiff TO SHOW CAUSE why the case should not be dismissed for failure to prosecute, given Plaintiff's failure to file a response to the motion by the July 5, 2024 deadline. Plaintiff shall file a statement of two pages or less by October 23, 2024.

**IT IS SO ORDERED.**

Dated: 10/3/2024

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge