UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON LEE GUSTIN,

    Plaintiff,

v.

PHH MORTGAGE CORPORATION,

    Defendant.

Case No. 24-cv-02917-HSG

**JUDGMENT**

    Judgment is hereby entered consistent with the Court's Order Dismissing Case for Failure to Prosecute,

    This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

    Dated at Oakland, California, this 1st day of April, 2025.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.